UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT REIMER, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY PISZEL and EUGENE M. McQUADE,<br><br>                  Defendants. | ELECTRONICALLY FILED<br><br>Civil Action No. 1:07-cv-10526-JFK |

## NOTICE OF APPEARANCE

Comes now Darren T. Kaplan and, pursuant to Local Rule 83.1(e), hereby notifies the Court and opposing counsel that he is entering his appearance on behalf of the Ohio Public Employees Retirement System in the above-referenced matter.

Respectfully submitted this 22nd day of January 2008.

/s/ Darren T. Kaplan
Darren T. Kaplan (DK 8190)
Chitwood Harley Harnes LLP
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone: (404) 873-3900
Facsimile: (404) 876-4476
E-mail: dkaplan@chitwoodlaw.com

*Attorney for The Ohio Public Employees Retirement System*

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 22, 2008, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System, which will electronically send notification of such filing to the registered participants. Paper copies will be sent via first-class mail postage pre-paid to those indicated as non-registered participants on January 22, 2008.

      /s/ Darren T. Kaplan
      Darren T. Kaplan
      Chitwood Harley Harnes LLP