**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SCOTT REIMER, Individually and On Behalf of All Others Similarly Situated, | <u>ELECTRONICALLY FILED</u> |
| Plaintiff | Civil Action No. 1:07-cv-10526-JFK |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY PISZEL and EUGENE M. McQUADE, | |
| Defendants. | |

---

## NOTICE OF MOTION AND MOTION OF THE OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

The Ohio Public Employees Retirement System ("OPERS"), through its undersigned counsel, will and hereby does move this Court on _____, 2008 at _____ AM at the United States Courthouse, Courtroom 20C, 500 Pearl Street, New York, NY, 10007, for an order: (1) appointing OPERS as the Lead Plaintiff in this action; and (2) approving OPERS' selection of Waite, Schneider, Bayless & Chesley Co., L.P.A. and Chitwood Harley Harnes LLP as Lead Counsel for the class.

In support of this motion, OPERS submits herewith a Memorandum of Law and Declaration of James R. Cummins dated January 22, 2008.

Dated: January 22, 2008

New York, New York

Respectfully submitted,

ATTORNEY GENERAL FOR
THE STATE OF OHIO MARC DANN
Andrea L. Seidt, Deputy Chief Counsel
Beth A. Finnerty, Deputy Chief Counsel
30 E. Broad Street, 17th Floor
Columbus, Ohio  43215
Telephone:  (614) 728-5454
Facsimile:  (614) 995-0246
E-mail:  ASeidt@ag.state.oh.us
E-mail:  BFinnerty@ag.state.oh.us

/s/ Darren T. Kaplan
Darren T. Kaplan  (DK 8190)
John F. Harnes (JH 5398)
Gregory E. Keller (GK 4562)
Chitwood Harley Harnes LLP
11 Grace Avenue, Suite 306
Great Neck, New York 11021
Telephone:  (404) 873-3900
Facsimile:  (404) 876-4476
E-mail:  dkaplan@chitwoodlaw.com
E-mail:  jfharnes@chitwoodlaw.com
E-mail:  gkeller@chitwoodlaw.com
        -and-
Martin D. Chitwood
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476
E-mail:  mchitwood@chitwoodlaw.com

*Special Counsel to the Attorney General of*
*the State of Ohio and Counsel for Plaintiff*

/s/ Stanley M. Chesley (consent)
Stanley M. Chesley
James R. Cummins
Melanie S. Corwin
Jean M. Geoppinger
Waite Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street

Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 381-2375
E-mail:  stanchesley@wsbclaw.com
E-mail:  jcummins@wsbclaw.com
E-mail:  mcorwin@wsbclaw.com
E-mail:  jeangeoppinger@wsbclaw.com

*Special Counsel to the Attorney General of
the State of Ohio and Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 22, 2008, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System, which will electronically send notification of such filing to the registered participants. Paper copies will be sent via first-class mail postage pre-paid to those indicated as non-registered participants on January 22, 2008.

/s/ Darren T. Kaplan
Darren T. Kaplan
Chitwood Harley Harnes LLP