UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SCOTT REIMER, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 07-CV-10526-JFK |
| Plaintiff, | CLASS ACTION |
| vs. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, RICHARD F. SYRON, PATRICIA COOK, ANTHONY PISZEL and EUGENE M. McQUADE, |  |
| Defendants. |  |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, plaintiff Scott Reimer filed a class action complaint, alleging violations of the federal securities laws, on behalf of himself and all others similarly situated against Federal Home Loan Mortgage Corporation and certain of its officers and/or directors on November 21, 2007, captioned *Scott Reimer v. Federal Home Loan Mortgage Corp., et al.*, Case No. 07-10256-JFK ("Complaint");

WHEREAS, no defendant in this action has answered or filed for summary judgment;

WHEREAS, a class has not been certified in this action; and

WHEREAS, there is one other related action alleging similar violations of the federal securities laws against similar defendants still pending in the Northern District of Ohio, such that there will be no prejudice to the purported class;

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), Scott Reimer voluntarily dismisses the Complaint without prejudice.

DATED:  February 4, 2008        COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
                                SAMUEL H. RUDMAN
                                DAVID A. ROSENFELD


                                 */s/ Samuel H. Rudman*
                                SAMUEL H. RUDMAN

                                58 South Service Road, Suite 200
                                Melville, NY  11747
                                Telephone:  631/367-7100
                                631/367-1173 (fax)

- 1 -

- 2 -

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
DAVID C. WALTON
MATTHEW P. MONTGOMERY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Samuel H. Rudman, hereby certify that, on February 4, 2008, I caused a true and correct copy of the attached:

> Notice Of Voluntary Dismissal Pursuant To Federal Rule Of Civil Procedure 41(a)(1)

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                      */s/ Samuel H. Rudman*
                                       Samuel H. Rudman

FREDDIE MAC 07

Service List - 2/4/2008    (07-0257)

Page 1 of 1

**Counsel For Defendant(s)**

Legal Department
Federal Home Loan Mortgage Corp.
8200 Jones Branch Drive
McLean, VA  22102
　703/903-2000

**Counsel For Plaintiff(s)**

Darren T. Kaplan
Chitwood Harley Harnes LLP
11 Grace Avenue
Great Neck, NY  10021
　516/773-6090
　404/876-4476 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
　631/367-7100
　631/367-1173 (Fax)

Ramzi Abadou
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
　619/231-1058
　619/231-7423 (Fax)