Kenneth I. Schacter
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY  10022-4689
Telephone: (212) 705-7000
kenneth.schacter@bingham.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT REIMER, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>-against-<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, RICHARD F. SYRON, PATRICIA COOK, ANTHONY PISZEL and EUGENE M. McQUADE,<br><br>                                    Defendants. | 07 Civ. 10526 (JFK)<br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendants in the above-captioned action.

       PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Kenneth I. Schacter
> BINGHAM McCUTCHEN LLP
> 399 Park Avenue
> New York, NY  10022

Dated:  New York, New York
       February 13, 2008

                              **BINGHAM McCUTCHEN LLP**

                              s/ Kenneth I. Schacter
                              Kenneth I. Schacter
                              399 Park Avenue
                              New York, New York 10022
                              (212) 705-7000
                              kenneth.schacter@bingham.com

A/72426539.1